SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
Federal Building, Suite 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
Facsimile: (213) 894-0115
E-mail: Gavin.Greene@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

United States of America,

Plaintiff,

v.

David Zuniga; Lisa Zuniga a.k.a. Lisa Renouf; Select Portfolio Servicing, Inc.; Deutsche Bank National Trust Company, as Trustee for the Certificateholders of the Morgan Stanley ABS Capital One Inc., Trust 2006-HE7, Mortgage Pass Through Certificates, Series 2006 HE7; and State of California Franchise Tax Board

Defendants.

Case No. 2:17-cv-03858

Complaint to (1) Reduce Federal Tax Assessments to Judgment and (2) Foreclose Federal Tax Liens Against Real Property

[Exhibits redacted to exclude Personal Identifiers pursuant to Fed. R. Civ. Proc. 5.2 and Local Rule 5.2-1]

The United States of America, by its undersigned counsel, brings this civil action to reduce federal tax assessments to judgment and foreclose federal tax liens on real property. For its complaint, the United States of America complains and alleges as follows.

# I. General Allegations

## A. Jurisdiction and Venue

1. This is a civil action brought by the United States to (1) reduce to judgment federal tax assessments against defendants David Zuniga and Lisa Zuniga a.k.a. Lisa Renouf, and (2) foreclose the federal tax liens against the real property located at 2615 Millsweet Place, Riverside, California.

2. This action is commenced at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, pursuant to 26 U.S.C. §§ 7401 and 7403.

3. This Court has jurisdiction over this action pursuant to 26 U.S.C. §§ 7402 and 7403 and 28 U.S.C. §§ 1340 and 1345.

4. Venue for the action is within the Central District of California under 28 U.S.C. § 1391(b)(2) because the property that is subject to this action is located in this district, and 28 U.S.C. § 1396 because this is a civil action for the collection of internal revenue taxes, and the taxpayers David Zuniga and Lisa Zuniga reside in this district.

## B. Real Property Subject to Foreclosure

5. The real property located at 2615 Millsweet Place, Riverside, California (APN 136-220-005) (the property), is legally described as follows:

> PARCEL A: PARCEL 4 OF PARCEL MAP NO. 9026, IN THE CITY OF RIVERSIDE, COUNTY OF RIVERSIDE, AS PER MAP RECORDED IN BOOK 60 PAGE(S) 15, OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY, CALIFORNIA.
>
> PARCEL B: A NON-EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS AND PUBLIC UTILITIES OVER, UNDER AND ACROSS LOTS A, B, C, D, AND E AND THE WESTERLY 6.00 FEET OF PARCEL 4 OF PARCEL MAP 9026, AS PER MAP RECORDED IN BOOK 60, PAGE 15 OF PARCEL MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF RIVERSIDE COUNTY.

**C. The Parties**

6. David Zuniga is made a party to this action because he is a taxpayer against whom the United States is seeking to reduce income tax assessments to judgment, and pursuant to 26 U.S.C. § 7403(b) because he is an owner of the property.

7. Lisa Zuniga is made a party to this action because she is a taxpayer against whom the United States is seeking to reduce income tax assessments to judgment, and pursuant to 26 U.S.C. § 7403(b) because she is an owner of the property.

8. Select Portfolio Servicing, Inc., is made a party to this action pursuant to 26 U.S.C. § 7403(b) because it may have an interest in the subject property.

9. Deutsche Bank National Trust Company, as Trustee for the Certificateholders of the Morgan Stanley ABS Capital One Inc., Trust 2006-HE7, Mortgage Pass Through Certificates, Series 2006 HE7 is made a party to this action pursuant to 26 U.S.C. § 7403(b) because it may have an interest in the subject property.

10. State of California Franchise Tax Board is made a party to this action pursuant to 26 U.S.C. § 7403(b) because it may have an interest in the property based on tax liens against the property.

## II. Claims for Relief

**A. First Claim for Relief: Reduce Federal Tax Assessments to Judgment (against David Zuniga and Lisa Zuniga only)**

11. The allegations made in the preceding paragraphs in this complaint are incorporated here by reference.

**Tax Year 2001**

12. On January 13, 2006, the IRS received the joint U.S. Individual Income Tax Return (Form 1040) filed by David and Lisa Zuniga for tax year 2001 which reported total tax due of $1,025,037.

13. Attached as **Exhibit 1** is a true and correct copy of Certificate of Assessments, Payments, and Other Matters (Form 4340) for David and Lisa Zuniga for tax year 2001.

14. On April 10, 2006, the IRS assessed the joint income tax liability against David and Lisa Zuniga for tax year 2001.

15. David and Lisa Zuniga failed to fully pay their income tax liability for tax year 2001.

16. On April 10, 2006, the IRS sent David and Liza Zuniga notice and demand for payment for tax year 2001 at their last known address.

17. On March 1, 2010, David and Lisa Zuniga filed a joint Amended U.S. Individual Income Tax Return (Form 1040X) for tax year 2001 which reported total tax of $986,844.

18. As of April 28, 2017, the balance due from David and Lisa Zuniga for tax year 2001 was $2,548,307.86.

19. Attached as **Exhibit 2** is a true and correct copy of the certified statement of balance due for David and Lisa Zuniga for tax years 2001, 2002, 2005, 2007, 2008, and 2015 (the tax years at issue) as of April 28, 2017. Interest and penalties continue to accrue as allowed by law.

**Tax Year 2002**

20. On January 13, 2006, the IRS received the joint U.S. Individual Income Tax Return (Form 1040) filed by David and Lisa Zuniga for tax year 2002 which reported total tax due of $289,166.

21. Attached as **Exhibit 3** is a true and correct copy of Certificate of Assessments, Payments, and Other Matters (Form 4340) for David and Lisa Zuniga for tax year 2002.

22. On April 17, 2006, the IRS assessed the joint income tax liability against David and Lisa Zuniga for tax year 2002.

23. David and Lisa Zuniga failed to fully pay their income tax liability for tax year 2002.

24. On April 17, 2006, the IRS sent David and Liza Zuniga notice and demand for payment for tax year 2002 at their last known address.

25. On May 3, 2010, the IRS abated $91,173 in tax pursuant to a net operating loss carryback.

26. As of April 28, 2017, the balance due from David and Lisa Zuniga for tax year 2002 was $638,833.44.

**Tax Year 2005**

27. On April 15, 2006, the IRS received the joint U.S. Individual Income Tax Return (Form 1040) filed by David and Lisa Zuniga for tax year 2005 which reported total tax due of $7,092.

28. Attached as **Exhibit 4** is a true and correct copy of Certificate of Assessments, Payments, and Other Matters (Form 4340) for David and Lisa Zuniga for tax year 2005.

29. On January 28, 2009, Charles Peters, the authorized representative for David and Lisa Zuniga, signed a Consent to Extend the Time to Assess Tax (Form 872) for tax year 2005. The agreement extended the time for the IRS to make an assessment to January 31, 2010.

30. On September 14, 2009, Charles Peters, the authorized representative for David and Lisa Zuniga, signed an Income Tax Examination Changes (Form 4549) authorizing immediate assessment and collection of a proposed deficiency of $28,322 consisting of unreported tax of $35,322, less $7,000 for the Additional Child Tax Credit.

31. On October 26, 2009, the IRS assessed an additional joint tax liability of $28,322 against David and Lisa Zuniga for tax year 2005.

32. David and Lisa Zuniga failed to fully pay their income tax liability for tax year 2005.

33. On October 26, 2009, the IRS sent David and Liza Zuniga notice and demand for payment for tax year 2005 at their last known address.

34. As of April 28, 2017, the balance due from David and Lisa Zuniga for tax year 2005 was $61,600.88.

**Tax Year 2007**

35. On April 15, 2008, the IRS received the joint U.S. Individual Income Tax Return (Form 1040) filed by David and Lisa Zuniga for tax year 2007 which reported total tax due of $372,065.

36. Attached as **Exhibit 5** is a true and correct copy of Certificate of Assessments, Payments, and Other Matters (Form 4340) for David and Lisa Zuniga for tax year 2007.

37. On May 26, 2008, the IRS assessed the joint income tax liability against David and Lisa Zuniga for tax year 2007.

38. David and Lisa Zuniga failed to fully pay their income tax liability for tax year 2007.

39. On May 26, 2008, the IRS sent David and Liza Zuniga notice and demand for payment for tax year 2007 at their last known address.

40. As of April 28, 2017, the balance due from David and Lisa Zuniga for tax year 2007 was $11,617.46.

**Tax Year 2008**

41. On April 15, 2009, the IRS received the joint U.S. Individual Income Tax Return (Form 1040) filed by David and Lisa Zuniga for tax year 2008 which reported total tax due of $181,441.

42. Attached as **Exhibit 6** is a true and correct copy of Certificate of Assessments, Payments, and Other Matters (Form 4340) for David and Lisa Zuniga for tax year 2008.

43. On June 22, 2009, the IRS assessed the joint income tax liability against David and Lisa Zuniga for tax year 2008.

44. David and Lisa Zuniga failed to fully pay their income tax liability for tax year 2008.

45. On June 22, 2009, the IRS sent David and Liza Zuniga notice and demand for payment for tax year 2008 at their last known address.

46. As of April 28, 2017, the balance due from David and Lisa Zuniga for tax year 2008 was $124,232.64.

**Tax Year 2015**

47. On September 8, 2016, the IRS received the joint U.S. Individual Income Tax Return (Form 1040) filed by David and Lisa Zuniga for tax year 2015 which reported total tax of $209,174.

48. Attached as **Exhibit 7** is a true and correct copy of Certificate of Assessments, Payments, and Other Matters (Form 4340) for David and Lisa Zuniga for tax year 2015.

49. On October 17, 2016, the IRS assessed the joint income tax liability against David and Lisa Zuniga for tax year 2015.

50. David and Lisa Zuniga failed to fully pay their income tax liability for tax year 2015.

51. On October 17, 2016, the IRS sent David and Liza Zuniga notice and demand for payment for tax year 2015 at their last known address.

52. As of April 28, 2017, the balance due from David and Lisa Zuniga for tax year 2015 was $236,971.67.

**Summary of Balance Due**

53. The following is a summary by tax year of the amount of income tax assessed, date of assessment, date of notice and demand for payment, and balance due as of April 28, 2017:

| Tax Year | Tax Assessed | Date of Assessment | Notice and Demand | Balance Due as of 4/28/2017 |
|---|---|---|---|---|
| 2001 | $ 1,025,037.00 | 4/10/2006 | 4/10/2006 | $ 2,548,307.86 |
| 2002 | $ 289,166.00 | 4/17/2006 | 4/17/2006 | $ 638,833.44 |
| 2005 | $ 28,322.00 | 10/26/2009 | 10/26/2009 | $ 61,600.88 |
| 2007 | $ 372,065.00 | 5/26/2008 | 5/26/2008 | $ 11,617.46 |
| 2008 | $ 181,441.00 | 6/22/2009 | 6/22/2009 | $ 124,232.64 |
| 2015 | $ 209,174.00 | 10/17/2016 | 10/17/2016 | $ 236,971.67 |
| | | | Total | $ 3,621,563.95 |

54. Despite timely notice and demand for payment, David and Lisa Zuniga have neglected, failed, or refused to pay his outstanding tax liabilities for the years at issue.

**Offers in Compromise**

First Offer in Compromise

55. On July 6, 2010 the IRS accepted for processing an offer in compromise (OIC) from David and Lisa Zuniga for tax years 2001, 2002, 2005, 2007, and 2008 (First OIC).

56. On November 2, 2011, the IRS rejected the First OIC.

57. The First OIC was outstanding for 484 days.

58. The First OIC tolled the statute of limitations on collection 514 days for tax years 2001, 2002, 2005, 2007, and 2008.

Second Offer in Compromise

59. On September 18, 2014, the IRS accepted for processing an OIC from David and Lisa Zuniga for tax years 2001, 2002, 2005, 2007, and 2008 (Second OIC).

60. On October 20, 2014, the IRS rejected the Second OIC.

61. The Second OIC was outstanding for 32 days.

62. The Second OIC tolled the statute of limitations on collection 62 days for tax years 2001, 2002, 2005, 2007, and 2008.

Third Offer in Compromise

63. On August 10, 2015, the IRS accepted for processing an OIC from David and Lisa Zuniga for tax years 2001, 2002, 2005, 2007, and 2008 (Third OIC).

64. On August 19, 2015, the IRS rejected the Third OIC.

65. The Third OIC was outstanding for 9 days.

66. The Third OIC tolled the statute of limitations on collection 39 days for tax years 2001, 2002, 2005, 2007, and 2008.

Summary of Revised Statute of Limitations on Collection

67. The First, Second, and Third OICs tolled the statute of limitations on collection a total of 615 days for tax years 2001, 2002, 2005, 2007, and 2008.

68. The following is a summary by tax year of the assessment date, original statute of limitations for collection (CSED), and the new CSED:

| Tax Year | Date of Assessment | Original CSED | Current CSED |
|---|---|---|---|
| 2001 | 4/10/2006 | 4/10/2016 | 12/16/2017 |
| 2002 | 4/17/2006 | 4/17/2016 | 12/23/2017 |
| 2005 | 10/26/2009 | 10/26/2019 | 7/2/2021 |
| 2007 | 5/26/2008 | 5/26/2018 | 1/31/2020 |
| 2008 | 6/22/2009 | 6/22/2019 | 2/26/2021 |
| 2015 | 10/17/2016 | 10/17/2026 | 10/17/2026 |

69. This proceeding was begun within the statute of limitations on collection for the tax years at issue under 26 U.S.C. § 6502(a)(1).

**Second Claim for Relief: Foreclosure of Federal Tax Liens Against Real Property (against all defendants)**

70. The allegations made in the preceding paragraphs in this complaint are incorporated here by reference.

71. On July 10, 2000, a Grant Deed was recorded transferring the property to David and Lisa Zuniga, Husband and Wife as Joint Tenants.

72. Attached as **Exhibit 8** is a true and correct copy of the Grant Deed.

73. On May 17, 2006, a Deed of Trust was recorded against the property.

74. Attached as **Exhibit 9** is a true and correct copy of the Deed of Trust.

75. On November 8, 2006, the IRS recorded a Notice of Federal Tax Lien (NFTL) with the Riverside County Recorder's Office against David and Lisa Zuniga for tax year 2002.

76. Attached as **Exhibit 10** is a true and correct copy of the certified NFTL for tax year 2002.

77. On October 17, 2007, the IRS recorded a NFTL with the Riverside County Recorder's Office against David and Lisa Zuniga for tax year 2001.

78. Attached as **Exhibit 11** is a true and correct copy of the certified NFTL for tax year 2001.

79. On May 3, 2010, the IRS recorded a NFTL with the Riverside County Recorder's Office against David and Lisa Zuniga for tax years 2005, 2007, and 2008.

80. Attached as **Exhibit 12** is a true and correct copy of the certified NFTL for tax years 2005, 2007, and 2008.

81. On February 2, 2011, the Corporation Assignment of Deed of Trust was recorded with the Riverside County Recorder's Office transferring the beneficial interest to Deutsche Bank National Trust Company, as Trustee for the Certificateholders of the Morgan Stanley ABS Capital One Inc., Trust 2006-HE7, Mortgage Pass Through Certificates, Series 2006 HE7.

82. Attached as **Exhibit 13** is a true and correct copy of the Corporation Assignment of Deed of Trust.

83. On June 17, 2015, the IRS refiled the NFTL with the Riverside County Recorder's Office against David and Lisa Zuniga for tax year 2001.

84. Attached as **Exhibit 14** is a true and correct copy of the certified refiled NFTL for tax year 2001.

85. On June 17, 2015, the IRS refiled the NFTL with the Riverside County Recorder's Office against David and Lisa Zuniga for tax year 2002.

86. Attached as **Exhibit 15** is a true and correct copy of the certified refiled NFTL for tax year 2002.

87. On August 17, 2015, the IRS refiled the NFTL with the Riverside County Recorder's Office against David and Lisa Zuniga for tax year 2005.

88. Attached as **Exhibit 16** is a true and correct copy of the certified refiled NFTL for tax year 2005.

89. On November 28, 2016, the IRS filed a NFTL with the Riverside County Recorder's Office against David and Lisa Zuniga for tax year 2015.

90. Attached as **Exhibit 17** is a true and correct copy of the certified NFTL for tax year 2015.

91. The following is summary by year of the NFTLs that were filed in Riverside County Recorder's Office against David and Lisa Zuniga:

| Tax Year | Date of Assessment | NFTL Recorded | NFTL Refiled |
|---|---|---|---|
| 2001 | 4/10/2006 | 10/17/2007 | 6/17/2015 |
| 2002 | 4/17/2006 | 11/8/2006 | 6/17/2015 |
| 2005 | 10/26/2009 | 5/3/2010 | 8/17/2015 |
| 2007 | 5/26/2008 | 5/3/2010 | |
| 2008 | 6/22/2009 | 5/3/2010 | |
| 2015 | 10/17/2016 | 11/28/2016 | |

92. Pursuant to 26 U.S.C. § 7403, the United States is entitled to foreclose its federal tax liens on the property and apply the proceeds to the outstanding federal income tax liabilities of David and Lisa Zuniga for the tax years at issue.

## III. Relief Requested

WHEREFORE, the United States of America requests the following relief from the Court:

A. Enter a judgment in favor of the United States and against David and Lisa Zuniga for tax years 2001, 2002, 2005, 2007, 2008, and 2015 in the amount of $3,621,563.95 as of April 28, 2017, plus interest and penalties as allowed by law;

B. Find that the tax liens against David and Lisa Zuniga for tax years 2001, 2002, 2005, 2007, 2008, and 2015 attached to the property;

C. Foreclose the federal tax liens and order the sale of the real property, determine the interest and relative priorities of the parties in the property, and order distribution of the proceeds from the sale to the subject real property according to their interests and priorities;

D. Grant the United States its costs incurred in bringing this action; and

E. Order any further relief the Court deems just and appropriate.

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: May 23, 2017

/s/
GAVIN GREENE
Assistant United States Attorney
Attorneys for the United States of America